## Gilfert *v.* Norris, Appellant.

OPINION BY PORTER, J., December 8, 1913:

The facts averred in the statement of plaintiff and in the affidavit of defense in this case are in all respects similar to those in the case of this plaintiff against Walter E. Lamond, in which an opinion has this day been filed, and for the reasons there stated the specifications of error in the present case are overruled.

The judgment is affirmed.